(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MOON, WAYNE RADFORD | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>MOON, LESLIE ARDEN |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>fdba NORTH STAR CAPITAL;<br>dba PACIFIC RIM LENDING; | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 5225 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 0415 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1572 RIO GRANDE<br>RENO, NV 89521 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>1572 RIO GRANDE<br>RENO, NV 89521 |
| County of Residence or of the<br>Principal Place of Business:    WASHOE | County of Residence or of the<br>Principal Place of Business:    WASHOE |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney:  David Rankine, 5099<br>Action Legal Service<br>12 West Taylor Street<br>Reno, NV 89509  ph: 775-329-6400 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☑ Individual(s)
☐ Corporation
☐ Partnership
☐ Other _____

☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13
☐ Chapter 9      ☐ Chapter 12

**Nature of Debts** (Check one box)

☐ Consumer/Non-Business      ☑ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>WAYNE RADFORD MOON & LESLIE ARDEN MOON |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ WAYNE RADFORD MOON
Signature of Debtor

X    /s/ LESLIE ARDEN MOON
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

4-27-05
Date

**Signature of Attorney**

X    /s/ David Rankine
Signature of Attorney for Debtor(s)

DAVID RANKINE 5099
Printed Name of Attorney for Debtor(s)

Action Legal Service
Firm Name

12 West Taylor Street
Address

Reno, NV 89509

775-329-6400
Telephone Number

4-27-05
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X
Signature of Attorney for Debtor(s)              Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.
☑  No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## District of Nevada

WAYNE & LESLIE MOON

In re _____    Case No. _____
                    Debtor                                    (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| | | | ASSETS | LIABILITIES | OTHER |
| --- | --- | --- | --- | --- | --- |
| A  -  Real Property | YES | 1 | $       0.00 | | |
| B  -  Personal Property | YES | 4 | $   15,130.00 | | |
| C  -  Property Claimed As Exempt | YES | 1 | | | |
| D  -  Creditors Holding Secured Claims | YES | 1 | | $   16,500.00 | |
| E  -  Creditors Holding Unsecured Priority Claims | YES | 2 | | $   24,321.95 | |
| F  -  Creditors Holding Unsecured Nonpriority Claims | YES | 29 | | $  400,421.56 | |
| G  -  Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H  -  Codebtors | YES | 1 | | | |
| I  -  Current Income of Individual Debtor(s) | YES | 1 | | | $    5,800.00 |
| J  -  Current Expenditures of Individual Debtor(s) | YES | 1 | | | $    6,405.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 42 | | | |
| Total Assets ▶ | | | 15,130.00 | | |
| Total Liabilities ▶ | | | | 441,243.51 | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

FORM B6A
(6/90)

In re  <u>WAYNE & LESLIE MOON</u>                               Case No. _____
                    Debtor                                                                    (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | Total ▶ | 0.00 | |

(Report also on Summary of Schedules)

FORM B6B
(10/89)

WAYNE & LESLIE MOON

In re _____     Case No. _____
                    Debtor                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business Checking<br>Nevada Security | J | 30.00 |
| | | Checking & Savings Accounts<br>Heritage Bank | J | 100.00 |
| | | Checking & Savings Accounts<br>Great Basin Credit Union | J | 100.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit<br>Debtor's Landlord | J | 800.00 |
| | | Security Deposit<br>SPPCO | J | 100.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636  -  31405

FORM B6B
(10/89)

In re  WAYNE & LESLIE MOON

Case No.

Debtor                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household Items & effects & Misc. Debtor's Residence | J | 2,500.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Wearing apparel Debtor's Residence | J | 1,000.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | TRM Financial, LLC Debtor's Residence | J | 0.00 |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.  Accounts receivable. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636  -  31405

FORM B6B
(10/89)

In re  WAYNE & LESLIE MOON _____    Case No. _____
            Debtor                                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Ford Excursion  Debtor's Residence | J | 10,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Office Furniture, Computer & Fax  Debtor's Residence | J | 500.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

FORM B6B
(10/89)

In re ___WAYNE & LESLIE MOON_____    Case No. _____
                          Debtor                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **28. Inventory.** | X | | | |
| **29. Animals.** | X | | | |
| **30. Crops - growing or harvested. Give particulars.** | X | | | |
| **31. Farming equipment and implements.** | X | | | |
| **32. Farm supplies, chemicals, and feed.** | X | | | |
| **33. Other personal property of any kind not already listed.** | X | | | |
| | | <u>  0  </u>**continuation sheets attached** | **Total ▶** | $        15,130.00 |

**(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc.. ver. 3.9.0-636 - 31405

FORM B6C
(6/90)

WAYNE & LESLIE MOON

In re _____     Case No._____
                    Debtor                                                              (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑  11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Security Deposit | NRS §21.090.(1) (m) | 800.00 | 800.00 |
| Household Items & effects & Misc. | NRS §21.090.(1) (b) | 2,500.00 | 2,500.00 |
| Wearing apparel | NRS §21.090.(1) (b) | 1,000.00 | 1,000.00 |
| Office Furniture, Computer & Fax | NRS §21.090.(1) (d) | 500.00 | 500.00 |
| 2000 Ford Excursion | NRS §21.090.(1) (f) | 0.00 | 10,000.00 |

Form B6D
(12/03)

In re _____,    Case No. _____
WAYNE & LESLIE MOON

           Debtor                                                                       (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FMC<br>P.O.Box 542000<br>Omaha, NE 68164 | | J | Security: 2000 Ford Excursion<br><br><br>VALUE $      10,000.00 | | | | 16,500.00 | 6,500.00 |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

_____0_____ continuation sheets attached

Subtotal ➤ (Total of this page)  $  16,500.00

Total ➤ (Use only on last page)  $  16,500.00

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-636 - 31405

Form B6E
(04/04)

## WAYNE & LESLIE MOON

In re_____,                    Case No._____
                        Debtor                                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____1___ continuation sheets attached

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

Form B6E - Cont.
(04/04)

WAYNE & LESLIE MOON

In re _____,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & Debts to Governments

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> IRS/ATT BK Dept. <br> 110 City Parkway. Stop 5028 <br> Las Vegas, NV 89106 | | J | Incurred: 1997 & 1999 <br> Consideration: Taxes | | | | 24,321.95 | 0.00 |
| ACCOUNT NO. <br><br> | | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ $ 24,321.95
(Total of this page)

Total ➤ $ 24,321.95
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

Form B6F (12/03)

In re _____,    Case No. _____
         **WAYNE & LESLIE MOON**
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

     Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary  of Schedules.

    ☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>1st Star Bank<br>P.O.Box 17143<br>Denver, CO 80217 | | J | Incurred: 1999 | | | | 23,230.00 |
| ACCOUNT NO. <br><br>Action Legal Services<br>12 W. Taylor St.<br>Reno, NV 89509 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>AFS Inc<br>P.O.Box 639<br>Draper, UT 84020 | | J | Incurred: 2003<br>Collecting for Healthsouth Rehab | | | | 141.00 |
| ACCOUNT NO. <br><br>Allied Interstate<br>2255-A Renaissance Drive<br>Las Vegas, NV 89119 | | J | Incurred: 2002<br>Collecting for AMEX | | | | 18,235.00 |

     __28__ continuation sheets attached                Subtotal ➤   $     41,606.00
                                       (Total of this page)
                                       Total ➤   $
                             (Use only on last page)

                          (Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,        Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>American Agencies<br>P.O.Box 2928<br>Torrance, CA 90509 | | J | | | | | 0.00 |
| ACCOUNT NO.<br>American General<br>2835 S. Bristol St. #C<br>Santa Ana, CA 92704 | | J | Incurred: 2000<br>Consideration: Personal loans | | | | 1,925.00 |
| ACCOUNT NO.<br>Amex<br>P.O.Box 297871<br>Ft. Lauderdale, FL 33329 | | J | Incurred: 2000 | | | | 61,992.00 |
| ACCOUNT NO.<br>Animal Emergency<br>6425 S. Virginia St.<br>Reno, NV 89511 | | J | Incurred: 2002<br>Consideration: Medical Services | | | | 125.00 |
| ACCOUNT NO.<br>Applied Business Software<br>2847 Grundry Ave.<br>Lon Beach, CA 90806 | | J | Incurred: 2000<br>Consideration: Software | | | | 10,456.00 |

Sheet no. __1__ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $  74,498.00
(Total of this page)

Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____

 Debtor                                                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Assc Capital<br>7390 NW 110th St<br>Kansas City, MO 64153 | | J | Incurred: 2000<br>Consideration: Credit card debt | | | | 1,974.00 |
| ACCOUNT NO.<br><br>Automated Recovery<br>4530 E. Sahara Ave.<br>Las Vegas, NV 89104 | | J | Incurred: 2001<br>Consideration: Collections<br>Collecting for Michael Levy | | | | 449.00 |
| ACCOUNT NO.<br><br>AWA Collections<br>P.O.Box 6605<br>Orange, CA 92683 | | J | Incurred: 1998<br>Collecting for Auto Club of So. Cal | | | | 953.00 |
| ACCOUNT NO.<br><br>B & P<br>816 S. Center St.<br>Reno, NV 89504 | | J | Incurred: 2003<br>Consideration: Medical Services | | | | 1,828.00 |
| ACCOUNT NO.<br><br>Banknorth<br>32 Chestnut Street<br>Lewiston, ME 04240 | | J | Incurred: 2000 | | | | 0.00 |

Sheet no. _2_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $    5,204.00
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____
　　　　　　　　　　　Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Barton Mem hospital P.O.Box 9578 SLT, CA 96158 | | | | | | | 0.00 |
| ACCOUNT NO. Barton Memorial Hospital 2170 South Ave SLT, CA 96150 | | J | Incurred: 2002 Consideration: Medical Services | | | | 415.00 |
| ACCOUNT NO. Bennett & Deloney 1265 E. Fort Union Blvd #150 Midvale, UT 84047 | | J | Incurred: 2003 Consideration: Collections Collecting for U-Haul | | | | 33.00 |
| ACCOUNT NO. Blockbuster 6135 S. Virginia St. Reno, NV 89520 | | J | Incurred: 2003 Consideration: Rental | | | | 63.00 |
| ACCOUNT NO. Bristolcone Resources 480 Galletti Way Reno, NV 89502 | | J | Incurred: 2002 | | | | 466.00 |

Sheet no. _3_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $    977.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,          Case No. _____
                   **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>C.B.Carey<br>24012 CalleDe Plata<br>Laguna Hills, CA 92653 | | J | Incurred: 2002<br>Consideration: Collections<br>Collecting for Metromail | | | | 7,449.00 |
| ACCOUNT NO.<br><br>Ca Franchise Tax<br>P.O.Box 942867<br>Sacramento, CA 94267 | | J | Incurred: 98,99 | | | | 1,754.56 |
| ACCOUNT NO.<br><br>Caine & Weiner<br>P.O.Box 352<br>Milford, CT 06460 | | J | Incurred: 2000 | | | X | 19,128.00 |
| ACCOUNT NO.<br><br>Calif Business Bureau<br>1711 S. Mountain Ave<br>Monrovia, CA 91016 | | J | Incurred: 2001<br>Consideration: Collections | | | | 162.00 |
| ACCOUNT NO.<br><br>Capistano Bus Ctr<br>27130B Paseo Espada #501<br>SJC, CA 92675 | | J | Incurred: 2000<br>Consideration: Credit card debt | | | | 3,973.00 |

Sheet no. __4__ of __28__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $      32,466.56
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,     Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Capital One<br>P.O.Box 85015<br>Richmond Va 23285 | | J | Incurred: 1994 | | | | 3,403.00 |
| ACCOUNT NO.<br><br>Carson Tahoe Hospital<br>P.O.Box 2227<br>Carson City, NV 89702 | | J | Incurred: 2000 | | | | 11,000.00 |
| ACCOUNT NO.<br><br>CB Services<br>34175 Camino Capistrano<br>Capo Beach, CA 92627 | | J | Incurred: 2001<br>Consideration: Collections | | | | 42.00 |
| ACCOUNT NO.<br><br>CBE<br>131 Tower Park #100<br>Waterloo, IA 50704 | | | Consideration: Collections | | | | 0.00 |
| ACCOUNT NO.<br><br>CBE<br>4700 Exchange Street<br>Boca Raton, FL 33630 | | | | | | | 0.00 |

Sheet no. _5_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 14,445.00
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,     Case No. _____
                       **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Certegy Recovery <br> P.O.Box 30046 <br> Tampa, FL 33630 | | J | Incurred: 2004 <br> Collecting for Tires Plus & Tropicana | | | | 377.00 |
| ACCOUNT NO. <br><br> Charter Com <br> P.O.Box 78375 <br> Phoenix, AZ 85062 | | J | Incurred: 1998 | | | | 198.00 |
| ACCOUNT NO. <br><br> Check Recovery <br> P.O.B 51 <br> Reno, NV 89503 | | J | Incurred: 2004 <br> Consideration: Collections | | | | 69.00 |
| ACCOUNT NO. <br><br> Cingular Wireless <br> P.O.Box 60017 <br> Los Angeles, CA 90060 | | J | Incurred: 1999 | | | | 1,125.00 |
| ACCOUNT NO. <br><br> Citi Financial <br> P.O.Box 166889 <br> Irving, TX 75016 | | J | Incurred: 2000 | | | | 18,000.00 |

Sheet no. _6_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 19,769.00
(Total of this page)

Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,        Case No. _____
　　　　　　　　　　　Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Citicorp P.O.Box 410 Hanover, MD 21076 | | | | | | | 0.00 |
| ACCOUNT NO. CMRE 3350 E. Birch #200 Brea, CA 92821 | | J | Incurred: 2002 Consideration: Collections Collecting for Med Data | | | | 6,700.00 |
| ACCOUNT NO. Cogent 1880 Centery Park E. Los Angeles, CA 90067 | | J | Incurred: 1999 Consideration: Credit card debt | | | | 1,075.00 |
| ACCOUNT NO. Comm Credit P.O.Box 221309 Charlotte, NC 28222 | | J | Incurred: 1999 | | | | 9,414.00 |
| ACCOUNT NO. Credit Protection 13355 Noel Road Dallas, TX 75240 | | | | | | | 0.00 |

Sheet no. _7_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $   17,189.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,          Case No. _____
                      **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CSN<br>777 Forest St.<br>Reno, NV 89509 | | | Consideration: Medical Svs | | | | 0.00 |
| ACCOUNT NO.<br>Direct TV<br>P.O.Box 78626<br>Phoenix, AZ 85062 | | J | Incurred: 2001 | | | | 616.00 |
| ACCOUNT NO.<br>Dun & Bradstreet<br>P.O.Box 318023<br>Independence, OH 44131 | | J | Incurred: 2002 | | | | 1,136.00 |
| ACCOUNT NO.<br>Eagle Credit<br>2448 E. 8st .St. #2450<br>Tulsa, OK 74137 | | J | Incurred: 2002<br>Consideration: Bus Copier | | | | 16,938.00 |
| ACCOUNT NO.<br>G C Services<br>P.O.Box 2667<br>Houston, TX 77252 | | J | Incurred: 2000 | | | | 461.00 |

Sheet no. 8 of 28 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  19,151.00
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____
　　　　　　　　　　　　　　 **Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GE Capital<br>Dept 008<br>Palatine, IL 60055 | | J | Incurred: 2000<br>Consideration: Credit card debt | | | | 19,128.00 |
| ACCOUNT NO.<br><br>Genisys Financial<br>6769 Mesa Ridge Road #1<br>San Diego, CA 92129 | | | Incurred: 2004<br>Consideration: Revolving charge account | | | | 0.00 |
| ACCOUNT NO.<br><br>Global Payments<br>P.O.Box 59371<br>Chicago, IL 60659 | | J | Incurred: 2002<br>Collecting for MGM Grand & Jiffy Lube | | | | 776.00 |
| ACCOUNT NO.<br><br>Grant & Weber<br>1515 E. Tropicana Ave #640<br>Las Vegas, NV 89119 | | J | Incurred: 2003<br>Consideration: Collections/Medical | | | | 921.00 |
| ACCOUNT NO.<br><br>H Kaplan<br>4592 Goodwin Road<br>Sparks, NV 89436 | | J | Incurred: 2003 | | | | 1,000.00 |

Sheet no. _9__ of _28__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤　$　21,825.00
(Total of this page)
Total ➤　$
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,          Case No. _____
                 Debtor                                                                   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Harvard Coll<br>4839 N. Elston Ave<br>Chicago, IL 60630 | | J | Incurred: 1999<br>Consideration: Collections | | | | 1,179.00 |
| ACCOUNT NO.<br>Hollywood Ent<br>P.O.Box 6789<br>Wilsonville, OR 97070 | | J | Incurred: 2003 | | | | 42.00 |
| ACCOUNT NO.<br>Household Finance<br>P.O.Box 60102<br>Industry, CA 91716 | | J | Incurred: 2002 | | | | 938.00 |
| ACCOUNT NO.<br>HRS<br>P.O.Box 1547<br>Chesapeak, VA 23320 | | J | Incurred: 2002 | | | | 841.00 |
| ACCOUNT NO.<br>IC Systems<br>P.O.Box 64437<br>St. Paul, MN 55164 | | J | Incurred: 2001 | | | | 801.00 |

Sheet no. _10_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     3,801.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____
                        **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Interinsurance<br>638 Camino<br>De Las Mares, CA 92673 | | J | Incurred: 2000<br>Consideration: Insurance | | | | 550.00 |
| ACCOUNT NO.<br><br>Intermountain Coll<br>P.O.Box 150<br>Provo, UT 84603 | | J | Incurred: 2004<br>Collecting For Mountain Vista Appliances | | | | 210.00 |
| ACCOUNT NO.<br><br>Interstate Debt MA<br>1710 Los Almitos<br>Los Alamitos, CA 90702 | | J | Incurred: 2005<br>Consideration: Collections | | | | 59.00 |
| ACCOUNT NO.<br><br>JJ Macintyre<br>1212 S. Casino Center<br>Las Vegas, NV 89104 | | J | Incurred: 2003<br>Consideration: Collections | | | | 200.00 |
| ACCOUNT NO.<br><br>Knight Adj<br>2920 N. Green Valley Pkwy #321<br>Henderson, NV 89014 | | J | Incurred: 2002<br>Consideration: bus Exp | | | | 367.00 |

Sheet no. __11__ of __28__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $        1,386.00
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____
                           **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LTD <br> 7322 S.W. Freeway #1600 <br> Houston, TX 77074 | | J | Incurred: 2002 <br> Consideration: Collections | | | | 1,974.00 |
| ACCOUNT NO. <br><br> Majahid Rasul MD <br> 80 Continital Drive #101 <br> Reno, NV 89509 | | J | Incurred: 2003 | | | | 61.00 |
| ACCOUNT NO. <br><br> Martial Arts Legacy <br> 1450 E. Prater Way <br> Sparks, Nv 89434 | | J | | | | | 0.00 |
| ACCOUNT NO. <br><br> Med School Associate <br> P.O.Box 2350 <br> Reno, NV 89505 | | J | Consideration: Medical Services | | | | 400.00 |
| ACCOUNT NO. <br><br> Mercedes-Benz <br> 10260 S.W. Greenburg Road #1200 <br> Portland, OR 97223 | | J | Incurred: 1999 | | | | 18,329.00 |

Sheet no. _12_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal ➤ | $        20,764.00
(Total of this page)
                                                       Total ➤ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____

　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　Metro Mail　3941 S. Bristol　Santa Ana, CA 92704 | | | | | | | 0.00 |
| ACCOUNT NO.　Michael Levy　6000 W. Rochelle #800　Las Vegas, NV 89103 | | J | Consideration: Medical Services | | | | 0.00 |
| ACCOUNT NO.　Midland Credit　P.O.Box 939019　San Diego, CA 92193 | | | | | | | 0.00 |
| ACCOUNT NO.　MN Kay　7 Penn Plaza　New York, NY 10001 | | J | Incurred: 2002　Consideration: Legal Services | | | | 11,052.00 |
| ACCOUNT NO.　Money Control　7891 Mission Grove Pkwy #A　Riverside, CA 92508 | | J | Consideration: Collections | | | | 0.00 |

Sheet no. __13__ of __28__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ （Total of this page） $ 11,052.00

Total ➤ $

(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,     Case No. _____
         **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Monte Vista Hospital <br> 5900 W. Rochelle Ave <br> Las Vegas, NV 89103 | | J | Incurred: 2002 <br> Consideration: Medical Services | | | | 2,450.00 |
| ACCOUNT NO. <br> Nat'l Asset <br> P.O.Box 724747 <br> Atlanta, GA 31139 | | J | Consideration: Collections | | | | 0.00 |
| ACCOUNT NO. <br> Nat'l Bus Factors <br> 969 Mica Drive <br> Carson City, NV 89705 | | | | | | | 0.00 |
| ACCOUNT NO. <br> NCO <br> 3850 N. Causeway Blvd #200 <br> Metairie, LA 70002 | | J | Incurred: 2002 <br> Consideration: Collections | | | | 100.00 |
| ACCOUNT NO. <br> NCO <br> 507 Prudential Road <br> Horsham, PA 19044 | | | | | | | 0.00 |

Sheet no. 14 of 28 continuation sheets attached to Schedule of Creditors Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,550.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____
                      Debtor                                                           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NCO<br>P.O.Box 7627<br>Ft. Washington, PA 19034 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Nevada Bell Business<br>1450 Vassar #101<br>Reno, NV 89520 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>No. Nv Emgcy Phys<br>P.O.Box 95728<br>Oklahoma City, OK 73143 | | J | Incurred: 2004 | | | | 34.00 |
| ACCOUNT NO.<br><br>NV Dept of Taxation<br>555 E. Washington Ave #1300<br>Las Vegas, NV 89101 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Oasis Treatment<br>222 W. Ball Road<br>Anahiem, CA 92805 | | J | Incurred: 2003 | | | | 2,975.00 |

Sheet no. _15_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $      3,009.00
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Orkin<br>4550 Zeibart Place #A<br>Reno, NV 89103 | | J | Incurred: 2004 | | | | 107.00 |
| ACCOUNT NO.<br><br>OSI<br>P.O.Box 43050<br>Phoenix, AZ 85080 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>PacBell<br>1107 S. Robertson<br>Los Angeles, CA 90045 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Pacific Bell<br>Payment Center<br>Van Nuys, CA 91388 | | J | Incurred: 2002<br>Consideration: Utilities | | | | 81.00 |
| ACCOUNT NO.<br><br>Pacific Care Assurance<br>P.O.Box 6098<br>Cypress, CA 90630 | | J | | | | | 0.00 |

Sheet no. __16__ of __28__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤    $    188.00
(Total of this page)

Total➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PAMS Inc<br>5924 E. L.A. Ave #P<br>Simi Valley, CA 93063 | | J | Incurred: 2003<br>Consideration: Bus Exp | | | | 667.00 |
| ACCOUNT NO.<br>PCC<br>P.O.Box 45274<br>Los Angeles, CA 90045 | | | | | | | 1,247.00 |
| ACCOUNT NO.<br>Peoples Bank<br>P.O.Box 10311<br>Stamford, CT 06904 | | J | Incurred: 2002 | | | | 1,643.00 |
| ACCOUNT NO.<br>Pitney Bowes<br>P.O.Box 17143<br>Denver, CO 80217 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Pitney Bowes<br>P.O.Box 856042<br>Louisville, KY 40285 | | | | | | | 0.00 |

Sheet no. _17_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)　$　3,557.00

Total ➤　$
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656  -  31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,          Case No. _____
                           **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Plaza Accs.<br>370 7th Ave<br>New York, NY 10001 | | | Consideration: Collections | | | | 0.00 |
| ACCOUNT NO.<br><br>PPS<br>P.O.Box 6000<br>Center Harbor, NH 03226 | | J | Incurred: 2001 | | | | 725.00 |
| ACCOUNT NO.<br><br>Prestige Svs<br>10536 Cuming Street<br>Omaha, NE 68114 | | J | Incurred: 2001 | | | | 7,449.00 |
| ACCOUNT NO.<br><br>Pro Coll Svs<br>425 W. Kelso Street<br>ingelwood, CA 90301 | | J | | | | | 0.00 |
| ACCOUNT NO.<br><br>Progressive Mgmt<br>1521 W. Cameron Ave<br>W. Covina, CA 92793 | | J | Incurred: 2003<br>Consideration: Credit card debt | | | | 94.00 |

Sheet no. __18_ of _28__continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  |  8,268.00
(Total of this page)

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____
                          **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Providian <br> P.O.Box 90007 <br> Pleasanton, CA 94588 | | J | Incurred: 1999 | | | | 337.00 |
| ACCOUNT NO. <br><br> Providian <br> P.O.Box 99604 <br> Arlington, TX 76096 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Providian Visa <br> P.O.Box 660548 <br> Dallas, TX 75266 | | J | Incurred: 2001 | | | | 2,588.00 |
| ACCOUNT NO. <br><br> Qwest <br> P.O.Box 2489 <br> Omaha, NE 68103 | | J | Incurred: 1998 | | | | 1,179.00 |
| ACCOUNT NO. <br><br> RAC <br> 959 Willow St <br> Reno, Nv 89515 | | J | Incurred: 2000 <br> Consideration: Collections | | | | 1,805.00 |

Sheet no. __19__ of __28__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 5,909.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____
               **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Raley's<br>500 W. Capital<br>W. Sacramento, CA 95605 | | J | Incurred: 2003<br>Consideration: NSF checks | | | | 173.00 |
| ACCOUNT NO.<br>Regional Adj<br>3009 Davies Plantation Rd<br>Arlington, TN 38002 | | J | Consideration: Collections | | | | 0.00 |
| ACCOUNT NO.<br>Reliable Adj<br>685 E. Cochran #200<br>Simi Valley, CA 93065 | | J | Incurred: 1998<br>Consideration: Collections | | | | 208.00 |
| ACCOUNT NO.<br>Remittance Assist<br>P.O.Box 20849<br>Reno, NV 89515 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Remsa<br>450 Edison Way<br>Reno, NV 89502 | | J | Incurred: 2003 | | | | 3,362.00 |

Sheet no. _20_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 3,743.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Reno Radiology<br>P.O.Box 30034<br>Reno, NV 89520 | | J | Incurred: 2002 | | | | 1,417.00 |
| ACCOUNT NO.<br>Riddle & assc<br>P.O.Box 2065<br>Tempe, AZ 85280 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Roger Agre MD<br>777 E. Williams #101<br>Carson City, NV 89701 | | J | Incurred: 2001<br>Consideration: Medical Services | | | | 635.00 |
| ACCOUNT NO.<br>S&P Cap<br>P.O.Box 709<br>Bedford, TX 76095 | | J | Incurred: 2000 | | | | 15,402.00 |
| ACCOUNT NO.<br>San Diego Gas & Elect<br>P.O.Box 129831<br>San Diego, CA 92112 | | J | Incurred: 2003 | | | | 94.00 |

Sheet no. _21_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤　$　17,548.00
(Total of this page)
Total ➤　$
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,     Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Sarasota CCM <br> 1569 Washington Street <br> Balire, NE 68008 | | J | Incurred: 2002 | | | | 23,230.00 |
| ACCOUNT NO. <br> SBC <br> P.O.Box 11010 <br> Reno, NV 89520 | | J | Incurred: 2002 | | | | 2,900.00 |
| ACCOUNT NO. <br> SBC <br> P.O.Box 989045 <br> W. Sac, CA 95798 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Seligman Real Estate <br> 2049 Centery Park <br> E. LA, CA 90067 | | | Consideration: Collections | | | | 0.00 |
| ACCOUNT NO. <br> Shell <br> P.O.Box 15687 <br> Wilmington, DE 19850 | | J | Incurred: 2001 | | | | 741.00 |

Sheet no. _22_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤　$　26,871.00
(Total of this page)
Total ➤　$
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Shell/Citi <br> P.O.Box 15687 <br> Wilmington, DE 19850 | | J | Incurred: 2000 | | | | 741.00 |
| ACCOUNT NO. <br><br> Sherman Aquisitions <br> P.O.Box 10497 <br> Greenvile, SC 29603 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Sherman Aquisitions <br> P.O.Box 740281 <br> Houston, TX 77274 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Sierra Anesthesia <br> P.O.Box 98594 <br> Las Vegas, NV 89193 | | J | Incurred: 2003 | | | | 146.00 |
| ACCOUNT NO. <br><br> Sierra Neurosurgery <br> 85 Kirman Ave #202 <br> Reno, NV 89502 | | J | Incurred: 2003 <br> Consideration: Medical Services | | | | 6,559.00 |

Sheet no. __23__ of __28__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤　$　7,446.00
(Total of this page)

Total ➤　$
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,          Case No. _____
                              Debtor                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Sierra Pacific Power <br> P.O.Box 10100 <br> Reno, NV 89502 | | J | Incurred: 2003 | | | | 423.00 |
| ACCOUNT NO. <br><br> SRA Assc <br> 100 Maplewood Drive #207 <br> Maple Shade, NJ 08052 | | J | | | | | 0.00 |
| ACCOUNT NO. <br><br> St. Mary's Hospital <br> 235 W. 6th St. <br> Reno, NV 89502 | | J | Incurred: 2004 <br> Consideration: Medical Services | | | | 580.00 |
| ACCOUNT NO. <br><br> Summit Collections <br> 458 Court Street <br> Reno, NV 89501 | | J | Incurred: 2993 | | | | 326.00 |
| ACCOUNT NO. <br><br> Super Glo Auto Paint <br> 314 Sunshine Lane <br> Reno, NV 89511 | | | | | | | 0.00 |

Sheet no. __24__ of __28__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  1,329.00
(Total of this page)

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SW Credit<br>2629 Dickerson Pkwy<br>Carollton, TX 75011 | | J | Incurred: 2003<br>Consideration: Credit card debt | | | | 1,125.00 |
| ACCOUNT NO.<br><br>Tahoe ER Phys<br>16835 Algonquin St #268<br>HB, CA 92649 | | J | Incurred: 2004<br>Consideration: Medical Services | | | | 15.00 |
| ACCOUNT NO.<br><br>Texaco<br>Procs Cntr 201<br>Des Moines, IA 50359 | | J | Incurred: 2001 | | | | 674.00 |
| ACCOUNT NO.<br><br>Thomas Brooksbank<br>225 S. Arlington #1<br>Reno, NV 89501 | | J | Incurred: 2004<br>Consideration: Collections<br>Collecting for Superglo Auto & Paint | | | | 1,629.00 |
| ACCOUNT NO.<br><br>Toll Road Violation Dept<br>P.O.Box 50190<br>Irvine, CA 92619 | | J | Incurred: 2002 | | | | 312.00 |

Sheet no. _25_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ ... 3,755.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____
                    Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Triad<br>1160 Center Point Drive #1<br>Mendota Heights, MN 55120 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Triad<br>7711 Center Ave<br>HB, CA 92640 | | | | | | | 0.00 |
| ACCOUNT NO.<br>United Portfolio<br>1360 Energy Park Drive #340<br>St. Paul, MN 55108 | | J | Incurred: 1999 | | | | 28,693.00 |
| ACCOUNT NO.<br>US Trustee<br>300 Booth St. #2129<br>Reno, NV 89509 | | | | | | | 0.00 |
| ACCOUNT NO.<br>USA Credit<br>1 Millinium Drive<br>Uniontown, PA 15401 | | J | Incurred: 2000 | | | | 2,600.00 |

Sheet no. _26_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $    31,293.00
(Total of this page)

Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,   Case No. _____
               **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Vista Diagnostic<br>2375 E. Prater #115<br>Sparks, NV 89431 | | J | Incurred: 2004<br>Consideration: Medical Services | | | | 268.00 |
| ACCOUNT NO.<br><br>W & L Moon<br>1572 Rio Grande<br>Reno, NV 89521 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Washoe Med<br>P.O.Box 30006<br>Reno, NV 89520 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Waste Management<br>100 Vasaar<br>Reno, NV 89502 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>West Hills Hospital<br>P.O.Box 30012<br>Reno, NV 89520 | | J | Incurred: 2004 | | | | 475.00 |

Sheet no. _27_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      743.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

Form B6F - Cont.
(12/03)

WAYNE & LESLIE MOON

In re _____,    Case No. _____
                          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wexler & Wexler<br>500 W. Madison #2910<br>Chicago, IL 60661 | | | Incurred: j | | | | 79.00 |
| ACCOUNT NO.<br><br>Worldcom<br>P.O.Box 790<br>Mesa, AZ 85211 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Zwicker & Assc<br>800 Federal Street<br>Andover, MA 01810 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. _28_ of _28_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal ► | $ | 79.00
(Total of this page)

                    Total ► | $ | 400,421.56
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

FORM B6G
(10/89)

WAYNE & LESLIE MOON

In re _____          Case No. _____
                          Debtor                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636  -  31405

FORM B6H
(6/90)

In re  WAYNE & LESLIE MOON                                    Case No. _____
                    _____                          (if known)
                    Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Form B6I
12/03

**WAYNE & LESLIE MOON**

In re_____ ,        Case No._____
                          Debtor                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP<br>son<br>son<br>daughter | AGE<br>15 Yrs<br>13 Yrs<br>8 Yrs |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Self Employed | Assistant |
| Name of Employer | TRM Financial | TRM Financial |
| How long employed | 1 Yr | 2 Mo |
| Address of Employer | | |
| | | |

**Income:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ 880.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 880.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 80.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 80.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 800.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 5,000.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| _____ | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 5,000.00 | $ 800.00 |

TOTAL COMBINED MONTHLY INCOME    $ 5,800.00            (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

FORM B6J
(6/90)

In re **WAYNE & LESLIE MOON** , Case No. _____

Debtor                                                          (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,800.00 |
| Are real estate taxes included? Yes _____ No ✓ | | |
| Is property insurance included? Yes _____ No ✓ | | |
| Utilities    Electricity and heating fuel | $ | 350.00 |
|             Water and sewer | $ | 60.00 |
|             Telephone | $ | 150.00 |
|             Other    Cable/Net | $ | 115.00 |
| Home maintenance (Repairs and upkeep) | $ | 50.00 |
| Food | $ | 1,050.00 |
| Clothing | $ | 150.00 |
| Laundry and dry cleaning | $ | 80.00 |
| Medical and dental expenses | $ | 300.00 |
| Transportation (not including car payments) | $ | 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|             Homeowner's or renter's | $ | 0.00 |
|             Life | $ | 0.00 |
|             Health | $ | 275.00 |
|             Auto | $ | 400.00 |
|             Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|             Auto | $ | 525.00 |
|             Other _____ | $ | 0.00 |
|             Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 600.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other    Emergency Reserve | $ | 150.00 |

**TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | 6,405.00 |

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | N.A. |
| B. Total projected monthly expenses | $ | N.A. |
| C. Excess income (A minus B) | $ | N.A. |
| D. Total amount to be paid into plan each _____ N.A. | $ | N.A. |
| (interval) | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

Official Form 6-Cont.
(12/03)

In re  WAYNE & LESLIE MOON
_____,        Case No. _____
                              Debtor                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____43_____

sheets and that they are true and correct to the best of my knowledge, information and belief.          (Total shown on summary page plus 1)

Date  4-27-05 _____        Signature  /s/ WAYNE RADFORD MOON _____
                                                                                              Debtor

Date  4-27-05 _____        Signature  /s/ LESLIE ARDEN MOON _____
                                                                                       (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                                           (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                    _____
Signature of Bankruptcy Petition Preparer                          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form 7
(12/03)

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In Re ___WAYNE & LESLIE MOON_____     Case No. _____

(Name)                                                                    (if known)

Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.   Income from employment or operation of business**

None

☐     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE (if more than one)

2005(db)   20,000      Wages

2004(db)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2003(db) | |

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2005(jdb)    5000    Wages | |
| 2004(jdb)   30,000    Wages | |
| 2003(jdb)   50,000    Wages | |

**2.    Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3.    Payments to Creditors**

None
☒

a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| SuperGlo vs Wayne & Leslie Moon Cs#RJC2004013571 | Complaint & Summons | Reno Justice Court | Execution |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

None    b.      Describe all property that has been attached, garnished or seized under any legal or equitable process
☐     within one year immediately preceding the commencement of this case. (Married debtors filing under chapter
12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| SuperGlo Auto Paint 314 Sunshine Ln Reno, NV 89511 | 4/05 | Bank Levy |

### 5.   Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☐     lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this
case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Triad 1160 Center Point Dr #1 Mendota Heights, MN 55120 | 3/05 | 2000 Dodge Durango |

### 6.   Assignments and Receiverships

None    a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒     one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None   List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒      case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
       family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing
       under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
       joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒      commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12
       or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☒      for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
       bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10.  Other transfers**

None   List all other property, other than property transferred in the ordinary course of the business or financial affairs
☒      of the debtor, transferred either absolutely or as security within one year immediately preceding the
       commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
       either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
       is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11.   Closed financial accounts**

None

☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| NV Sec Bank | Checking<br>Closing Balance: -200.00 | 3/04 |

**12.   Safe deposit boxes**

None

☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.   Setoffs**

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.   Property held for another person**

None

☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None

☐

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 3090 Marble Ridge Ct Reno, NV | Wayne & Leslie Moon | 2002-2004 |

**16. Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None

☒

NAME AND ADDRESS                    DOCKET NUMBER                    STATUS OR DISPOSITION
OF GOVERNMENTAL UNIT

**18.  Nature, location and name of business**

None

☒

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

NAME                                                                                ADDRESS

## [Questions 19 - 25 are not applicable to this case]

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   4-27-05                          Signature        /s/ WAYNE RADFORD MOON
                                        of Debtor        WAYNE RADFORD MOON

Date   4-27-05                          Signature        /s/ LESLIE ARDEN MOON
                                        of Joint Debtor  LESLIE ARDEN MOON

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer                Social Security No.
                                                                     (Required by 11 U.S.C. § 110(c).)

_____
_____
Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*
*11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-656 - 31405

___0___  continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

**Form B8 (Official Form 8)**
**(12/03)**

## Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### UNITED STATES BANKRUPTCY COURT
**District of Nevada**

In re    WAYNE & LESLIE MOON                    ,          Case No. _____

                          Debtor

                                                          Chapter    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. We intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   **Description of Property**                    **Creditor's name**

NONE

   *b. Property to Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Property will be retained, original debt will be kept current |
|---|---|---|---|---|---|
| 2000 Ford Excursion | FMC | √ | | | √ |

Date:    4-27-05                    /s/ WAYNE RADFORD MOON

                                    Signature of Debtor    WAYNE RADFORD MOON

Date:    4-27-05                    /s/ LESLIE ARDEN MOON

                                    Signature of Joint Debtor    LESLIE ARDEN MOON

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

   I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                          (Required by 11 U.S.C. § 110(c).)

_____

_____
Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-636 - 31405

B203
12/94

# United States Bankruptcy Court
### District of Nevada

In re  WAYNE & LESLIE MOON

Case No. _____

Chapter _____7_____

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept .................................................... $ ____541.00____

Prior to the filing of this statement I have received ........…………….............. $ ____541.00____

Balance Due ...................................…………………………………............... $ _____0.00_____

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☐ Debtor          ☑ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Adversary and Appeal proceedings and Credit Repair.

<div style="border:1px solid">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

____4-27-05_____
*Date*

____/s/ David Rankine_____
*Signature of Attorney*

____Action Legal Service_____
*Name of law firm*
</div>

1st Star Bank
P.O.Box 17143
Denver, Co 80217

Automated Recovery
4530 E. Sahara Ave.
Las Vegas, Nv 89104

Ca Franchise Tax
P.O.Box 942867
Sacramento, Ca 94267


Action Legal Services
12 W. Taylor St.
Reno, Nv 89509

Awa Collections
P.O.Box 6605
Orange, Ca 92683

Caine & Weiner
P.O.Box 352
Milford, Ct 06460


Afs Inc
P.O.Box 639
Draper, Ut 84020

B & P
816 S. Center St.
Reno, Nv 89504

Calif Business Bureau
1711 S. Mountain Ave
Monrovia, Ca 91016


Allied Interstate
2255-a Renaissance Drive
Las Vegas, Nv 89119

Banknorth
32 Chestnut Street
Lewiston, Me 04240

Capistano Bus Ctr
27130b Paseo Espada
#501
Sjc, Ca 92675


American Agencies
P.O.Box 2928
Torrance, Ca 90509

Barton Mem Hospital
P.O.Box 9578
Slt, Ca 96158

Capital One
P.O.Box 85015
Richmond Va 23285


American General
2835 S. Bristol St. #c
Santa Ana, Ca 92704

Barton Memorial Hospital
2170 South Ave
Slt, Ca 96150

Carson Tahoe Hospital
P.O.Box 2227
Carson City, Nv 89702


Amex
P.O.Box 297871
Ft. Lauderdale, Fl 33329

Bennett & Deloney
1265 E. Fort Union Blvd #150
Midvale, Ut 84047

Cb Services
34175 Camino
Capistrano
Capo Beach, Ca 92627


Animal Emergency
6425 S. Virginia St.
Reno, Nv 89511

Blockbuster
6135 S. Virginia St.
Reno, Nv 89520

Cbe
131 Tower Park #100
Waterloo, Ia 50704


Applied Business Software
2847 Grundry Ave.
Lon Beach, Ca 90806

Bristolcone Resources
480 Galletti Way
Reno, Nv 89502

Cbe
4700 Exchange Street
Boca Raton, Fl 33630


Assc Capital
7390 Nw 110th St
Kansas City, Mo 64153

C.B.Carey
24012 Callede Plata
Laguna Hills, Ca 92653

Certegy Recovery
P.O.Box 30046
Tampa, Fl 33630

Charter Com
P.O.Box 78375
Phoenix, Az 85062

Direct Tv
P.O.Box 78626
Phoenix, Az 85062

Harvard Coll
4839 N. Elston Ave
Chicago, Il 60630

Check Recovery
P.O.B 51
Reno, Nv 89503

Dun & Bradstreet
P.O.Box 318023
Independence, Oh 44131

Hollywood Ent
P.O.Box 6789
Wilsonville, Or 97070

Cingular Wireless
P.O.Box 60017
Los Angeles, Ca 90060

Eagle Credit
2448 E. 8st .St. #2450
Tulsa, Ok 74137

Household Finance
P.O.Box 60102
Industry, Ca 91716

Citi Financial
P.O.Box 166889
Irving, Tx 75016

Fmc
P.O.Box 542000
Omaha, Ne 68164

Hrs
P.O.Box 1547
Chesapeak, Va 23320

Citicorp
P.O.Box 410
Hanover, Md 21076

G C Services
P.O.Box 2667
Houston, Tx 77252

Ic Systems
P.O.Box 64437
St. Paul, Mn 55164

Cmre
3350 E. Birch #200
Brea, Ca 92821

Ge Capital
Dept 008
Palatine, Il 60055

Interinsurance
638 Camino
De Las Mares, Ca 92673

Cogent
1880 Centery Park
E. Los Angeles, Ca 90067

Genisys Financial
6769 Mesa Ridge Road #1
San Diego, Ca 92129

Intermountain Coll
P.O.Box 150
Provo, Ut 84603

Comm Credit
P.O.Box 221309
Charlotte, Nc 28222

Global Payments
P.O.Box 59371
Chicago, Il 60659

Interstate Debt Ma
1710 Los Almitos
Los Alamitos, Ca 90702

Credit Protection
13355 Noel Road
Dallas, Tx 75240

Grant & Weber
1515 E. Tropicana Ave #640
Las Vegas, Nv 89119

Irs/att Bk Dept.
110 City Parkway. Stop
5028
Las Vegas, Nv 89106

Csn
777 Forest St.
Reno, Nv 89509

H Kaplan
4592 Goodwin Road
Sparks, Nv 89436

Jj Macintyre
1212 S. Casino Center
Las Vegas, Nv 89104

Knight Adj
2920 N. Green Valley Pkwy #321
Henderson, Nv 89014

Ltd
7322 S.W. Freeway #1600
Houston, Tx 77074

Majahid Rasul Md
80 Continital Drive #101
Reno, Nv 89509

Martial Arts Legacy
1450 E. Prater Way
Sparks, Nv 89434

Med School Associate
P.O.Box 2350
Reno, Nv 89505

Mercedes-benz
10260 S.W. Greenburg Road #1200
Portland, Or 97223

Metro Mail
3941 S. Bristol
Santa Ana, Ca 92704

Michael Levy
6000 W. Rochelle #800
Las Vegas, Nv 89103

Midland Credit
P.O.Box 939019
San Diego, Ca 92193

Mn Kay
7 Penn Plaza
New York, Ny 10001

Money Control
7891 Mission Grove Pkwy #a
Riverside, Ca 92508

Monte Vista Hospital
5900 W. Rochelle Ave
Las Vegas, Nv 89103

Nat'l Asset
P.O.Box 724747
Atlanta, Ga 31139

Nat'l Bus Factors
969 Mica Drive
Carson City, Nv 89705

Nco
3850 N. Causeway Blvd #200
Metairie, La 70002

Nco
507 Prudential Road
Horsham, Pa 19044

Nco
P.O.Box 7627
Ft. Washington, Pa 19034

Nevada Bell Business
1450 Vassar #101
Reno, Nv 89520

No. Nv Emgcy Phys
P.O.Box 95728
Oklahoma City, Ok 73143

Nv Dept Of Taxation
555 E. Washington Ave #1300
Las Vegas, Nv 89101

Oasis Treatment
222 W. Ball Road
Anahiem, Ca 92805

Orkin
4550 Zeibart Place #a
Reno, Nv 89103

Osi
P.O.Box 43050
Phoenix, Az 85080

Pacbell
1107 S. Robertson
Los Angeles, Ca 90045

Pacific Bell
Payment Center
Van Nuys, Ca 91388

Pacific Care Assurance
P.O.Box 6098
Cypress, Ca 90630

Pams Inc
5924 E. L.A. Ave #p
Simi Valley, Ca 93063

Pcc
P.O.Box 45274
Los Angeles, Ca 90045

Peoples Bank
P.O.Box 10311
Stamford, Ct 06904

Pitney Bowes
P.O.Box 17143
Denver, Co 80217

Pitney Bowes
P.O.Box 856042
Louisville, Ky 40285

Plaza Accs.
370 7th Ave
New York, Ny 10001

Pps
P.O.Box 6000
Center Harbor, Nh 03226

Prestige Svs
10536 Cuming Street
Omaha, Ne 68114

Pro Coll Svs
425 W. Kelso Street
Ingelwood, Ca 90301

Progressive Mgmt
1521 W. Cameron Ave
W. Covina, Ca 92793

Providian
P.O.Box 90007
Pleasanton, Ca 94588

Providian
P.O.Box 99604
Arlington, Tx 76096

Providian Visa
P.O.Box 660548
Dallas, Tx 75266

Qwest
P.O.Box 2489
Omaha, Ne 68103

Rac
959 Willow St
Reno, Nv 89515

Raley's
500 W. Capital
W. Sacramento, Ca 95605

Regional Adj
3009 Davies Plantation Rd
Arlington, Tn 38002

Reliable Adj
685 E. Cochran #200
Simi Valley, Ca 93065

Remittance Assist
P.O.Box 20849
Reno, Nv 89515

Remsa
450 Edison Way
Reno, Nv 89502

Reno Radiology
P.O.Box 30034
Reno, Nv 89520

Riddle & Assc
P.O.Box 2065
Tempe, Az 85280

Roger Agre Md
777 E. Williams #101
Carson City, Nv 89701

S&p Cap
P.O.Box 709
Bedford, Tx 76095

San Diego Gas & Elect
P.O.Box 129831
San Diego, Ca 92112

Sarasota Ccm
1569 Washington Street
Balire, Ne 68008

Sbc
P.O.Box 11010
Reno, Nv 89520

Sbc
P.O.Box 989045
W. Sac, Ca 95798

Seligman Real Estate
2049 Centery Park
E. La, Ca 90067

Shell
P.O.Box 15687
Wilmington, De 19850

Shell/citi
P.O.Box 15687
Wilmington, De 19850

Sherman Aquisitions
P.O.Box 10497
Greenvile, Sc 29603

Sherman Aquisitions
P.O.Box 740281
Houston, Tx 77274

Sierra Anesthesia
P.O.Box 98594
Las Vegas, Nv 89193

Sierra Neurosurgery
85 Kirman Ave #202
Reno, Nv 89502

Sierra Pacific Power
P.O.Box 10100
Reno, Nv 89502

Sra Assc
100 Maplewood Drive #207
Maple Shade, Nj 08052

St. Mary's Hospital
235 W. 6th St.
Reno, Nv 89502

Summit Collections
458 Court Street
Reno, Nv 89501

Super Glo Auto Paint
314 Sunshine Lane
Reno, Nv 89511

Sw Credit
2629 Dickerson Pkwy
Carollton, Tx 75011

Tahoe Er Phys
16835 Algonquin St #268
Hb, Ca 92649

Texaco
Procs Cntr 201
Des Moines, Ia 50359

Thomas Brooksbank
225 S. Arlington #1
Reno, Nv 89501

Toll Road Violation Dept
P.O.Box 50190
Irvine, Ca 92619

Triad
1160 Center Point Drive #1
Mendota Heights, Mn 55120

Triad
7711 Center Ave
Hb, Ca 92640

United Portfolio
1360 Energy Park Drive #340
St. Paul, Mn 55108

Us Trustee
300 Booth St. #2129
Reno, Nv 89509

Usa Credit
1 Millinium Drive
Uniontown, Pa 15401

Vista Diagnostic
2375 E. Prater #115
Sparks, Nv 89431

W & L Moon
1572 Rio Grande
Reno, Nv 89521

Washoe Med
P.O.Box 30006
Reno, Nv 89520

Waste Management
100 Vasaar
Reno, Nv 89502

West Hills Hospital
P.O.Box 30012
Reno, Nv 89520

Wexler & Wexler
500 W. Madison #2910
Chicago, Il 60661

Worldcom
P.O.Box 790
Mesa, Az 85211

Zwicker & Assc
800 Federal Street
Andover, Ma 01810

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

In re   WAYNE & LESLIE MOON                    ,

                                    Debtor

Case No. _____

Chapter _____7_____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 5

pages, is true, correct and complete to the best of my knowledge.

Date   4-27-05 _____

Signature
of Debtor

/s/ WAYNE RADFORD MOON
WAYNE RADFORD MOON

Date   4-27-05 _____

Signature
of Joint Debtor

/s/ LESLIE ARDEN MOON
LESLIE ARDEN MOON

David Rankine
Action Legal Service
12 West Taylor Street
Reno, NV 89509
775-329-6400
775-329-7220